1
2
3
4
5
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
6
AT SEATTLE

7
LYDIA PETRAKIS,

8
                              Plaintiff,

9
                                                    C20-194 TSZ
            v.
10
                                                    MINUTE ORDER
CLIPPER NAVIGATION INC., et al.,
11
                              Defendants.

12
        The following Minute Order is made by direction of the Court, the Honorable
13
Thomas S. Zilly, United States District Judge:

14
        (1)     Pursuant to the stipulation of the parties, docket no. 13, Eclipse Shipping
Co., Ltd. and FRS Helgoline GMBH & Co., KG are not parties to which fault can be
15
attributed under RCW 4.22.070.

16
        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.
17
        Dated this 3rd day of April, 2020.

18
19
                                            William M. McCool
                                            Clerk
20
                                            s/Karen Dews
                                            Deputy Clerk
21
22
23

MINUTE ORDER - 1